John F. ENGLISH et al., Appellants,

v.

John CUNNINGHAM et al., Appellees.

No. 15339.

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 18, 1959.

Decided June 14, 1960.

See also 106 U.S.App.D.C. 70, 269 F.2d 517; 106 U.S.App.D.C. 92, 269 F.2d 593; 108 U.S.App.D.C. 355, 282 F.2d 838; 108 U.S.App.D.C. 356, 282 F.2d 839.

Mr. Raymond W. Bergan, Washington, D. C., with whom Mr. Edward Bennett Williams, Washington, D. C., was on the brief, for appellants.

Mr. J. Benjamin Simmons, Washington, D. C., was on the pleadings for appellee Cunningham.

Mr. Godfrey P. Schmidt, New York City, was on the brief for appellees except Cunningham.

Mr. Seymour J. Spelman, Alexandria, Va., was on the pleadings for appellees Milone and others.

Mr. Martin F. O'Donoghue, Washington, D. C., for Board of Monitors, amicus curiae. Messrs. Herbert J. Miller, Jr., and Raymond G. Larroca, Washington, D. C., also entered appearances for amicus curiae.

Before EDGERTON, WILBUR K. MILLER, and FAHY, Circuit Judges, in Chambers.

PER CURIAM.

Upon consideration of the oral argument on the motion to vacate stay, of the briefs of the parties and of the memoranda and the report of the Board of Monitors relative to the use of counsel, it is

Ordered by the court that the order of the District Court of July 23, 1959, authorizing the engagement of the services of a firm of lawyers to assist the Board of Monitors, is affirmed with the modification that the Board of Monitors may engage the professional services of said firm of lawyers to assist them in litigation prudently and reasonably deemed by the Board of Monitors to be required in the performance of the duties of the Board.

See also 106 U.S.App.D.C. 70, 269 F.2d 517; 106 U.S.App.D.C. 92, 269 F.2d 539; 108 U.S.App.D.C. 355, 282 F.2d 838; 108 U.S.App.D.C. 356, 282 F.2d 839.